The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-118 RAJ |
| Plaintiff, | |
| | ORDER CONTINUING TRIAL DATE |
| v. | |
| GABRIEL PETERSON-SILER, | |
| Defendant. | |

THE COURT has considered the motion filed by the parties requesting a continuance of the trial date and has heard from counsel at a hearing conducted on this date.

In light of the circumstances that are presented in the motion and were presented at the hearing, and in particular the discovery matter referenced in the motion,

THE COURT finds that a failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT also finds that the failure to grant a continuance of the trial date would result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(i).

THE COURT also finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the Defendant in a speedy trial.

Accordingly, THE COURT ORDERS that the parties' Joint Motion to Continue Trial Date (Dkt. #26) is GRANTED.  The trial date is continued to March 28, 2016 at 9:00 a.m.  The discovery cutoff is December 4, 2015.  Defendant's deadline to file a motion to compel (if any) is December 11, 2015 by noon.  The Government's response to Defendant's motion to compel is due December 18, 2015 by noon.  Defendant's reply is due December 21, 2015 by 4:00 p.m.  The court will conduct a hearing on Defendant's motion to compel, if necessary, on January 7, 2016 at 10:00 a.m.  Pretrial motions (limited only to the late-disclosed materials) are due no later than February 4, 2016.

THE COURT FURTHER ORDERS that the period of time from the date of this Order until March 28, 2016, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

DATED this 3rd day of November, 2015.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge