Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>GABRIEL PETERSON-SILER,<br><br>  Defendant. | NO. CR15-118RAJ<br><br>ORDER REGARDING BRIEFING SCHEDULE ON MOTION TO COMPEL |

THE COURT has considered the motion filed by the parties requesting a continuance of the motion to compel schedule and hereby ORDERS as follows:

To the extent the defense pursues a motion to compel, the motion must be filed by January 25, 2016. The government's response is due February 1, 2016, and the defense must file any reply by February 5, 2016. Absent extraordinary circumstances, there will be no further continuances of these deadlines.

DATED this 8th day of January, 2015.

_Richard A. Jones_
The Honorable Richard A. Jones
United States District Judge

Order Regarding Briefing Schedule on Motion to Compel - 1
U.S. v. Peterson-Siler, CR15-118RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970