The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>GABRIEL PETERSON-SILER,<br><br>　　　　Defendant. | NO. CR15-118 RAJ<br><br>FINAL ORDER OF FORFEITURE |

THIS MATTER comes before the Court on motion of the United States for entry of a Final Order of Forfeiture with respect to the following property:

　　a.　　One (1) Alienware laptop computer.

On May 5, 2016, the Court entered a Preliminary Order of Forfeiture in the above-captioned case forfeiting defendant GABRIEL PETERSON-SILER's interest in one (1) Alienware laptop computer.

The above-referenced property was subject to forfeiture pursuant to Title 18, United States Code, Section 2253(a), based on GABRIEL PETERSON-SILER's guilty plea to Possession of Child Pornography, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2), as charged in Count 1 of the Superseding Indictment.

Pursuant to Title 21, United States Code, Section 853(n), the United States published notice on an official internet government forfeiture website, www.forfeiture.gov, starting on May 7, 2016 and running consecutively for thirty days until its conclusion on June 5, 2016.  In the publication, the United States published notice of the Preliminary Order of Forfeiture and the intent of the United States to dispose of the property in accordance with law.  This notice further stated that any person other than the defendant having or claiming an interest in the property was required to file a petition with the Court within sixty (60) days of the first date of publication of the notice, setting forth the nature of the petitioner's right, title, and interest in the property.

All persons and entities known to have an interest in the above-referenced property subject to forfeiture were given proper notice of the intended forfeiture.

No petitioners or claimants have come forth to assert an interest in the forfeited property, and the time for doing so has expired.

Accordingly,

IT IS ORDERED, ADJUDGED and DECREED that the following property is fully and finally condemned and forfeited to the United States in its entirety:

   a.   One (1) Alienware laptop computer.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that no right, title, or interest in the above-described property shall exist in any other party.

The United States Department of Justice, and/or its agents and representatives, is hereby authorized to dispose of the above-listed property in accordance with law.

The Clerk of the Court is hereby directed to send a copy of this Final Order of Forfeiture to all counsel of record and to send one (1) "raised seal" certified copy to the United States Attorney's Office.

DATED this 24th day of February, 2017.

_____
The Honorable Richard A. Jones
United States District Judge