Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR15-118RAJ |
| Plaintiff, | ORDER GRANTING MOTION TO FILE OVERLENGTH BRIEF |
| v. | |
| GABRIEL PETERSON-SILER, | |
| Defendant. | |

Upon the motion of Defendant Gabriel Peterson-Siler to file an overlength Motion for Compassionate Release in excess of the twelve-page limitation imposed by Local Rule 12(b)(5) of the Rules of the United States District Court for the Western District of Washington, and the Court finding good cause,

IT IS HEREBY ORDERED that the Motion (Dkt. #62) is GRANTED and leave of the Court is granted for Defendant to file the Motion for Compassionate Release not to exceed 22 pages.

IT IS SO ORDERED.

DATED this 27th day of July, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO FILE OVERLENGTH BRIEF
(*USA v. Peterson-Siler*; CR15-118RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA  98101**
**(206) 553-1100**