The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GABRIEL PETERSON-SILER,<br>Defendant. | NO. 2:15-cr-0118-RAJ<br><br>ORDER GRANTING MOTION TO SEAL EXHIBIT A TO UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION FOR EARLY TERMINATION |

THIS MATTER comes before the Court on the United States' Motion to Seal Exhibit A to the United States' Opposition to Defendant's Motion for Early Termination. The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of the exhibit due to the sensitive information contained therein.

IT IS HEREBY ORDERED the Motion to Seal, Dkt. 83, is GRANTED. Exhibit A to the United States' Opposition to Defendant's Motion for Early Termination shall remain under seal.

DATED this 31st day of August, 2026.

Richard A Jones

The Honorable Richard A. Jones
United States District Judge



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970