Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GABRIEL PETERSON-SILER,<br>Defendant. | No. 2:15-cr-00118-RAJ<br><br>ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

THIS MATTER comes before the Court upon Defendant Gabriel Peterson-Siler's Motion for Early Termination of Supervised Release. Dkt. 79. Having considered the parties' briefing and the applicable legal standard as specified in 18 U.S.C. § 3583(e),

IT IS ORDERED that Defendant's Motion for Early Termination of Supervised Release is **DENIED**.

DATED this 10th day of September, 2026.

Richard A. Jones

The Honorable Richard A. Jones
United States District Judge